HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
MICHAEL DELLA MAGGIORE
Law Clerk
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
JOHN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. Cr. S. S: 2:18-CR-0041 KJM |
|---|---|
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISION |
| v. | |
| JOHN SMITH, | Judge: Chief Judge Kimberly J. Mueller. |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Smith for the reasons set forth in Mr. Smith's unopposed Motion for Early Termination.

Dated:  April 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE